HEATING AND PLUMBING FINANCE CORPORATION, Appellant, v. GUSTAV BIRNBAUM, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Estate of JOHN MUIR, Deceased. ELIZABETH MUIR WALKER and JESSIE MUIR DRESSER, Administratrices with the Will Annexed, etc., of JOHN MUIR, Deceased, Petitioners, Appellants; EDWIN H. MUIR and Others, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

T. VICTOR HOWE, Respondent, v. CORN EXCHANGE BANK TRUST COMPANY and ROBERT B. KNOWLES, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

FRED VICTOR, Respondent, v. CARL TURETZ, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

CHARLES STEIN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

ETHEL H. TERRELL, Respondent, v. ALFRED TERRELL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

169 REALTY CORPORATION, Appellant, v. HOWARD CLOTHES, INC., and JOSEPH LANGERMAN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

WYNNE M. CASTEEL, Respondent, v. CLARENCE HODSON & CO., INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and grant a new trial upon the ground that the holding by the court that as matter of law the plaintiff was entitled to recover commissions on sales made outside the principal territory named in the contract of hiring was improper.

PAULINO LOPEZ, as Guardian ad Litem of FERDINAND LOPEZ, an Infant, and PAULINO LOPEZ, Individually, Respondents, v. EAST RIVER MILL & LUMBER COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

FLORENCE ASH, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.; Glennon, J., dissents and votes to reverse and dismiss the complaint. [170 Misc. 227.]

AUGUST CENTRA, Individually and as Guardian ad Litem of AUGUST CENTRA, JR., an Infant, Respondents, v. JOSEPH DE GREGORY CONSTRUCTION Co., Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CHRIST, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.